# UNITED STATES BANKRUPTCY COURT
## California Central District

In re  Editha C Feniquito                                ,
              Debtor

Case No. 2:10-bk-22815-VZ

Chapter 13

## VERIFICATION OF CREDITOR MATRIX

I do hereby certify under penalty of perjury that the attached Master Mailing List of Creditors, consisting of 3 pages, is complete, correct and consistent with the debtor's schedules herewith, pursuant to Local Bankruptcy Rule 105(6). I assume all responsibility for errors and omissions.

Date   April 13, 2010                    Signature of Debtor  _/s/ Editha Feniquito_
                                                                   EDITHA C FENIQUITO

George Holland Jr., ESQ
Holland Law Firm
1970 Broadway Suite 1030
Oakland, Ca 94612
510-465-4100
510-465-4747

Editha  C Feniquito
27855 Montreina Drive
Ranch Pales Verdes, Ca 90275


George Holland Jr., ESQ
Holland Law Firm
1970 Broadway Suite 1030
Oakland, Ca  94612

Barklays Bank
Card Member Services
P.O. Box 94012
Palantine, Il 60094

Beneficial HSBC
P.O. Box 60101
City Of Indusutry, Ca 911716

Department of Treasury
Internal Revenu Service
Fresno, Ca 93888

Discover Card
P.O. Box 29033
Phoenix, Az  85038

Ford Motor Credit
P.O. Box 7172
Pasadena, Ca 91109-7172

Indy Mac Bank
6900 Beatrice Drive
Kalamazoo, Mi  49009

Juniper
P.O. Box 13337
Philadelphia, PA  19101

Kohls
Kohls Payment Center
P.O. Bo Box 2983
Milwaukee, WI 52301-2983

LA County Tax Assesor
South District
1401 Willow Street
Signal Hill, Ca 90755

Rodney Feniquito -spouse

```
Sams Club/Discover
P.O. Box 960013
Phoenix, AZ  85038


Shell  Card Services
Processing Center
Des Moines, IA 50359


Target National Bank
P.O. Box 59317
Minneapolis, MN  55459


Visa -Wells Fargo
P.O. Box 30086
Los Angeles, Ca 90030-0086
```

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____

_____

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____

_____

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____

_____

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____

_____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Los Angeles_, California

Debtor  EDITHA C FENIQUITO

Dated: April 16, 2010

Joint Debtor

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California

Revised May 2004                                                                        F-1015-2.1