ORIGINAL

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA



IN RE: )
EDITHA C. FENIQUITO ) Chapter 7
 ) Case No.
 Debtor ) 2:10-bk-22810 VZ
_____)

## MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DATED GRANTING RELIEF FROM THE AUTOMATIC STAY

Now comes the Debtor and moves this Honorable Court to reconsider its Order of Motion Allowing Relief of the Automatic Stay. In support of this request the Debtor states that, through inadvertence, a timely objection to the motion was not filed. As set forth in the objection, the Debtor has valid defenses to the motion for relief. Furthermore, the creditor will not be prejudiced by the allowance of this motion and the scheduling of a hearing.

WHEREFORE, the debtor requests that the Court reconsider and vacate its Order dated June 1, 2010 and schedule a hearing on the motion for relief from the automatic stay.

_____
EDITHA C. FENIQUITO

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN RE:                                    )
EDITHA C. FENIQUITO                       )       Chapter 7
                                          )       Case No. 2:10-bk-22810-VZ
                 Debtor                   )
_____   )

## CERTIFICATE OF SERVICE

I, EDITHA C. FENIQUITO, hereby certify that on the June 29, 2010, I forwarded a Motion for Reconsideration, by mailing, first class, postage prepaid to the following creditors and parties in interest (attached page):

_____
EDITHA C. FENIQUITO

| | | |
|---|---|---|
| bel Matrix for local noticing<br>73-2<br>se 2:10-bk-22810-VZ<br>itral District Of California<br>s Angeles<br>e Jun 29 12:28:58 PDT 2010 | Bon Investments, a Calif. General Partnership<br>3000 S. Robertson Blvd #215<br>3000 S. Robertson Blvd #215<br>Los Angeles, CA 90034-3156 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 |
| neficial-Member HSBC Group<br>D. Box 3425<br>ffalo, NY 14240-3425 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 |
| partment of Teasury<br>5<br>esno CA 93888-0001 | Discover<br>P.O. Box 29033<br>Phoenix, AZ 85038-9033 | Discover Bank/DFS Service LLC<br>PO BOX 3025<br>New Albany Ohio 43054-3025 |
| itha C. Feniquito<br>855 Montereina Drive,<br>icho Palos Verde, CA 90275-1230 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121-6275 | George Holland Jr., ESQ.<br>1970 Broadway, Suite 1030<br>Oakland, CA 94612-2222 |
| hls Payment Center<br>D. Box 2983<br>lwaukee, WI 53201-2983 | LA County Tax Assesor<br>South District<br>1401 Willow St<br>Signal Hill CA 90755-3543 | State of CA<br>POB 942867<br>Sacramento CA 94267-0001 |
| rget National Bank<br>c WEINSTEIN AND RILEY, PS<br>01 WESTERN AVENUE, STE 400<br>ATTLE, WA 98121-3132 | Target-Visa<br>P.O. Box 1581<br>Minneapolis, MN 55440-1581 | United States Trustee (LA)<br>725 S Figueroa St., 26th Floor<br>Los Angeles, CA 90017-5524 |
| lls Fargo Bank<br>D. Box 30086<br>s Angeles, CA 90030-0086 | Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306-9210 | Editha C. Feniquito<br>27855 Montereina Drive<br>Rancho Palos Verdes, ca 90275-1230 |
| orge Holland Jr<br>lland Law Firm<br>70 Broadway Ste 1030<br>kland, CA 94612-2222 | Heide Kurtz<br>2515 S. Western Avenue #11<br>San Pedro, CA 90732-4643 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

)Courtesy NEF

End of Label Matrix
Mailable recipients    22
Bypassed recipients     1
Total                  23